Romanik Appeal.

Submitted April 20, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

544

*Joseph I. Lewis,* for appellant.

*Francis A. Muracca,* for appellee.

OPINION PER CURIAM, May 4, 1970:
Orders affirmed.